IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARTHA SMITH, BRIAN SMITH,
SHAWN SMITH                                                                          PLAINTIFF

VS.                                      NO. 4:05CV001930

CITY OF JACKSONVILLE; A Municipal
Corporation; and BRETT HIBBS; AMANDA
CHAPMAN; KIMBERLY LETT; ROBERT
SLASH; CHRIS ERICKSON; SETH CORBEN;
JERRY KEEFER; RUSSELL NUSSER;
CHARLES HUGHES, in their individual and
official capacities                                                                  DEFENDANTS

**ORDER**

Pending is Plaintiffs' motion to compel discovery.  (Docket # 13).  Defendants' counsel has responded and admits that she failed to provide full and complete responses to discovery.  Accordingly, Plaintiffs' motion is GRANTED.  Defendants are directed to provide full and complete responses to Plaintiffs' interrogatories, requests for production and request for inspection and photographing within fourteen (14) days of this Order.  Plaintiffs' request for attorneys' fees is denied.

The Court has considered Plaintiffs' reply accordingly, docket # 17, is GRANTED.

IT IS SO ORDERED this 9th day of November, 2006.

_____
James M. Moody
United States District Judge