IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARTHA SMITH, BRIAN SMITH,
SHAWN SMITH                                                                          PLAINTIFF

VS.                                          NO. 4:05CV001930

CITY OF JACKSONVILLE; A Municipal
Corporation; and BRETT HIBBS; AMANDA
CHAPMAN; KIMBERLY LETT; ROBERT
SLASH; CHRIS ERICKSON; SETH CORBEN;
JERRY KEEFER; RUSSELL NUSSER;
CHARLES HUGHES, in their individual and
official capacities                                                                    DEFENDANTS

## ORDER

Pending is Plaintiff's motion in limine seeking to preclude the introduction of evidence relating to drugs, drug paraphernalia, weapons or contraband found during the search of 104 Overland Trail. (Docket # 52). Defendant has responded. For good cause shown, Plaintiff's motion is GRANTED. The parties are precluded from offering evidence or testimony concerning drugs, drug paraphernalia, weapons or contraband found during the search of 104 Overland Trail or any charges or convictions resulting from the search.

IT IS SO ORDERED this 26th day of July, 2007.

_____
James M. Moody
United States District Judge