IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARTHA SMITH, BRIAN SMITH,
SHAWN SMITH                                                                                    PLAINTIFF

VS.                                          NO. 4:05CV001930

CITY OF JACKSONVILLE; A Municipal
Corporation; and BRETT HIBBS; AMANDA
CHAPMAN; KIMBERLY LETT; ROBERT
SLASH; CHRIS ERICKSON; SETH CORBEN;
JERRY KEEFER; RUSSELL NUSSER;
CHARLES HUGHES, in their individual and
official capacities                                                                             DEFENDANTS

## JUDGMENT ON JURY VERDICT

This action came on for trial July 30 - August 2, 2007, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding.

The issues having been duly tried, and after deliberating thereon, the jury returned verdicts on August 2, 2007.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the plaintiff, Martha Smith have and recover of and from Defendant, Brett Hibbs, the sum of $7,500.00, seven thousand five hundred dollars;  plaintiff, Brian Smith have and recover of and from Defendant, Brett Hibbs, the sum of $1.00, one dollar; and plaintiff, Shawn Smith have and recover of and from Defendant, Brett Hibbs, the sum of $1.00, one dollar; on their unreasonable search claims, together with interest  from this date until the date paid at the rate of 4.78% per annum. All remaining verdicts were entered in favor of Defendants, accordingly, Plaintiffs' take nothing on the remaining claims against Defendants and the same are hereby dismissed.

Dated this 15th day of August, 2007.

                                                   _____
                                                   James M. Moody
                                                   United States District Judge